

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Satish Emrit<br><br>                                 **Plaintiff,**<br>                      V.<br>Wells Fargo Bank, Inc.<br><br>                                **Defendant.** | Civil Action No.   18cv318-MMA(JLB)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 12, 2018, Plaintiff Ronald Satish Emrit ("Plaintiff"), proceeding pro se and in forma pauperis, filed an Amended Complaint ("AC") that attempts to assert claims against Defendant Wells Fargo Bank, Inc. Doc. No. 5 ("AC"). The AC suffers from the same deficiencies as the original Complaint, which were identified in the Court's February 14, 2018 Order dismissing with leave to amend his initial Complaint. Because Plaintiff again fails to state a claim for relief, and because the Court determines that further leave to amend would be futile, the Amended Complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e). The Clerk of Court is instructed to close this case and to enter judgment accordingly.

Date:   3/21/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman

                                                  R. Chapman, Deputy